# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: ANNETTA M. PERKINS  
2330 KILBURN AVENUE, #202   SSN-xxx-xx-4208  
ROCKFORD, IL 61101

Case Number: 04-76218

Case filed on: 12/16/2004  
Plan Confirmed on: 2/18/2005

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $3,700.00       Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 164.00 | 164.00 | 164.00 | 0.00 |
|  | Total Administration | 164.00 | 164.00 | 164.00 | 0.00 |
| 000 | BALSLEY & DAHLBERG LLP | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
|  | Total Legal | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
| 204 | PREMIER BANKCARD | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | ANNETTA M. PERKINS | 0.00 | 0.00 | 100.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 100.00 | 0.00 |
| 001 | AFNI | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | CAPITAL ONE | 719.51 | 719.51 | 100.14 | 0.00 |
| 003 | FIRST EXPRESS | 367.25 | 367.25 | 51.11 | 0.00 |
| 004 | PREMIER BANKCARD/CHARTER | 409.51 | 409.51 | 56.99 | 0.00 |
| 005 | ATLANTIC CREDIT & FINANCE INC | 1,244.63 | 1,244.63 | 173.22 | 0.00 |
| 006 | KMART | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | MUTUAL MANAGEMENT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | PROMETHEUS LABORATORIES | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | ROCKFORD HEALTH PHYSICIANS | 854.18 | 854.18 | 118.88 | 0.00 |
| 010 | NCM TRST | 630.55 | 630.55 | 87.75 | 0.00 |
| 011 | SWEDISH AMERICAN MEDICAL GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | U.S. BANK HOME MORTGAGE | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | ILLINOIS STUDENT ASSISTANCE COMM | 9,259.51 | 9,259.51 | 1,288.66 | 0.00 |
| 014 | CAPITAL ONE | 952.97 | 952.97 | 132.63 | 0.00 |
|  | Total Unsecured | 14,438.11 | 14,438.11 | 2,009.38 | 0.00 |
|  | Grand Total: | 15,802.11 | 15,802.11 | 3,473.38 | 0.00 |

Total Paid Claimant:    $3,473.38  
Trustee Allowance:    $226.62        Wherefore, your petitioner prays that a final Decree be entered  
Percent Paid Unsecured:    13.92     discharging the trustee and the trustee's surety from any and all  
liablility on account of the within proceedings, and closing the estate,  
and for such other relief as is just.  Pursuant to FRBP, I hereby  
certify that the subject case has been fully administered.

Report Dated:

/s/ Lydia S. Meyer  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 08/28/2008        By  /s/Heather M. Fagan